AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| SANDIPKUMAR PATEL and SONAL PATEL<br><br>*Plaintiff(s)*<br>v.<br>WILLIAM SNYDER, as SHERIFF OF MARTIN COUNTY, FLORIDA,<br>MICHAEL FENTON, individually, and, DAVID HAYSLIP, individually<br>*Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Florida Department of Financial Services for:
WILLIAM SNYDER
as SHERIFF of MARTIN COUNTY,
Division of Risk Management
200 East Gaines Street
Tallahassee, FL 32399-0336
Pursuant to section 768.28, Florida Statutes

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  DAVID GOLDEN, ESQ.
LAW OFFICES OF DAVID GOLDEN, P.A.
903 SE Central Parkway
Stuart, FL 34994

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 20, 2020

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ C.Quinones   *erk*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| SANDIPKUMAR PATEL and SONAL PATEL <br><br> *Plaintiff(s)* <br> v. <br> WILLIAM SNYDER, as SHERIFF OF MARTIN COUNTY, FLORIDA, <br> MICHAEL FENTON, individually, and, DAVID HAYSLIP, individually <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DEPUTY MICHAEL FELTON
　　　　　　　　　　　　　　　　　　800 SE Monterey Road
　　　　　　　　　　　　　　　　　　Stuart, FL 34994

　　A lawsuit has been filed against you.

　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:　　DAVID GOLDEN, ESQ.
　　　　　　　　　　　　　　　　　　LAW OFFICES OF DAVID GOLDEN, P.A.
　　　　　　　　　　　　　　　　　　903 SE Central Parkway
　　　　　　　　　　　　　　　　　　Stuart, FL 34994

　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 20, 2020



Angela E. Noble
Clerk of Court

SUMMONS

s/ C.Quinones
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| SANDIPKUMAR PATEL and SONAL PATEL <br><br> *Plaintiff(s)* <br> v. <br> WILLIAM SNYDER, as SHERIFF OF MARTIN COUNTY, FLORIDA, <br> MICHAEL FENTON, individually, and, DAVID HAYSLIP, individually <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DEPUTY DAVID HAYSLIP
800 SE Monterey Road
Stuart, FL 34994

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   DAVID GOLDEN, ESQ.
LAW OFFICES OF DAVID GOLDEN, P.A.
903 SE Central Parkway
Stuart, FL 34994

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Oct 20, 2020

SUMMONS

s/ C.Quinones
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| SANDIPKUMAR PATEL and SONAL PATEL <br><br> *Plaintiff(s)* <br> v. <br> WILLIAM SNYDER, as SHERIFF OF MARTIN COUNTY, FLORIDA, <br> MICHAEL FENTON, individually, and, DAVID HAYSLIP, individually <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  WILLIAM SNYDER
SHERIFF OF MARTIN COUNTY
800 SE Monterey Road
Stuart, FL 34994

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  DAVID GOLDEN, ESQ.
LAW OFFICES OF DAVID GOLDEN, P.A.
903 SE Central Parkway
Stuart, FL 34994

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Oct 20, 2020

s/ C.Quinones
Deputy Clerk
U.S. District Courts

**SUMMONS**